

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Brandon Brown, Appellant | Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 15F0579-202). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-16-00047-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Brandon Brown, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 24, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk